HENRY LA PIDUS, PLAINTIFF-PETITIONER, v. SYNTHETIC PLASTICS COMPANY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Levy, Lemken & Margulies* for the petitioner.

*Messrs. Kasen, Schnitzer & Kraemer* for the respondent.

December 16, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THEODORE WATSON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Rudolph J. Rossetti* for the respondent.

December 16, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RODNEY CRAIG, DEFENDANT-PETITIONER.

See same case below: 107 *N. J. Super.* 196.

*Messrs. Parker, McCay & Criscuolo* for the petitioner.

*Mr. Martin J. Queenan* and *Mr. Alfred O. Powell* for the respondent.

December 16, 1969. Denied.